

1998 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-27-1998

# United States v. Isaac

Precedential or Non-Precedential:

Docket 97-7139

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1998

Recommended Citation

"United States v. Isaac" (1998). *1998 Decisions.* Paper 91.
http://digitalcommons.law.villanova.edu/thirdcircuit_1998/91

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1998 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

```
                    UNITED STATES COURT OF APPEALS
                       FOR THE THIRD CIRCUIT



                            No. 97-7139

                      USA, et al. v. RUPERT ISAAC


     The following modifications have been made to the Court's
Opinion issued on April 10, 1998, in the above-entitled appeal
and will appear as part of the final version of the opinion:


Page 16, first paragraph under A., line 2: please delete the
period (".") after "5K1.1"



                              Very truly yours,


                              /s/ P. Douglas Sisk,
                                  Clerk

Dated: April 27, 1998
```